IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>vs.<br><br>CHARLES OVERGAARD,<br><br>                Defendant. | **8:12CR89**<br><br>**ORDER** |

      This matter is before the Court on the defendant's motion for a copy of his Judgment and Commitment, Statement of Reasons, and a copy of his Criminal Docket Sheet (Filing No. 60). The Court notes that the defendant was sentenced on November 2, 2012, and that no appeal was filed. The time to file such an appeal has since passed, and the Court is unable to provide copies of pleadings without prepayment of the costs therefor. Accordingly,

      IT IS ORDERED that the defendant's Motion for Copies [60] is denied without prejudice. Defendant may contact the Office of the Clerk of the United States District Court concerning the cost for copies of his Judgment and Commitment and Criminal Docket Sheet. The defendant may not obtain a copy of the Statement of Reasons without a Court Order, as the document is sealed.

      Dated this 8th day of July, 2013.

                                                  BY THE COURT:

                                                s/ F.A. Gossett, III
                                                United States Magistrate Judge